Int. Cl.: 42

Prior U.S. Cl.: 100

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 886,581
Registered Feb. 24, 1970
Renewal Approved Apr. 5, 1990

## SERVICE MARK
## PRINCIPAL REGISTER

## QUALITY

QUALITY INNS INTERNATIONAL, INC. (DELAWARE CORPORATION)
10750 COLUMBIA PIKE
SILVER SPRING, MD 20901, ASSIGNEE BY MESNE ASSIGNMENT, MERGER AND CHANGE OF NAME QUALITY COURTS MOTELS, INC. (DELAWARE CORPORATION) SILVER SPRING, MD

OWNER OF U.S. REG. NOS. 578,820, 804,874 AND OTHERS.

FOR: PROVIDING LODGING IN TOURIST COURTS, IN CLASS 100 (INT. CL. 42).

FIRST USE 12-0-1939; IN COMMERCE 12-0-1939.

SER. NO. 72–317,924, FILED 1–30–1969.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 15, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**EXHIBIT**

1

# United States Patent Office

**886,881**
Registered Feb. 24, 1970

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 317,924, filed Jan. 30, 1969

## QUALITY

Quality Courts Motels, Inc. (Delaware corporation)
11161 New Hampshire Ave.
Silver Spring, Md.   20904

For: PROVIDING LODGING IN TOURIST COURTS, in CLASS 100 (INT. CL. 42).
First use December 1939; in commerce December 1939.
Owner of Reg. Nos. 578,820, 804,874, and others.

Int. Cl.: 42

Prior U.S. Cl.: 100

## United States Patent Office

Reg. No. 1,050,372
Registered Oct. 12, 1976

### SERVICE MARK
Principal Register

## QUALITY

Quality Inns, Inc. (Maryland corporation), doing business as Quality Inns and Quality Inn
10750 Columbia Pike
Silver Spring, Md.  20901

For: HOTEL, MOTEL AND RESTAURANT SERVICES, in CLASS 42 (U.S. CL. 100).
First use 1939; in commerce 1939.
Owner of Reg. Nos. 791,972, 886,881, and others.

Ser. No. 68,513, filed Nov. 10, 1975.



EXHIBIT
2

Int. Cl.: 42

Prior U.S. Cl.: 100

## United States Patent and Trademark Office

Reg. No. 1,183,294
Registered Dec. 22, 1981

### SERVICE MARK
Principal Register

## QUALITY INN

Quality Inns International, Inc. (Delaware corporation)
10750 Columbia Pike
Silver Spring, Md. 20901

For: HOTEL, MOTEL AND RESTAURANT SERVICES, in CLASS 42 (U.S. Cl. 100).

First use Aug. 31, 1972; in commerce Aug. 31, 1972.

Owner of U.S. Reg. Nos. 578,820, 953,888 and others.

Without waiver of any of its common law rights, applicant disclaims exclusive right to use of the word "Inn" except in the combination shown.

Ser. No. 249,919, filed Feb. 12, 1980.

R. KOLAKOSKI, Primary Examiner

JAMES H. JOHNSON, Examiner



EXHIBIT
3

Int. Cl.: 42

Prior U.S. Cl.: 100

Reg. No. 1,534,820

## United States Patent and Trademark Office   Registered Apr. 11, 1989

### SERVICE MARK
### PRINCIPAL REGISTER

### QUALITY HOTEL

QUALITY INNS INTERNATIONAL, INC.
 (DELAWARE CORPORATION)
10750 COLUMBIA PIKE
SILVER SPRING, MD 20901

 FOR: HOTEL AND RESTAURANT SERV-
ICES, IN CLASS 42 (U.S. CL. 100).
 FIRST USE 11-1-1987; IN COMMERCE
11-1-1987.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "HOTEL", APART FROM THE
MARK AS SHOWN.

SER. NO. 740,357, FILED 7-18-1988.

MARGERY A. TIERNEY, EXAMINING ATTOR-
 NEY



Int. Cl.: 42

Prior U.S. Cl.: 100

## United States Patent and Trademark Office

Reg. No. 1,699,581
Registered July 7, 1992

## SERVICE MARK
## PRINCIPAL REGISTER



CHOICE HOTELS INTERNATIONAL, INC. (DELAWARE CORPORATION)
10750 COLUMBIA PIKE
SILVER SPRING, MD 20901

FOR: HOTEL AND MOTEL SERVICES, IN CLASS 42 (U.S. CL. 100).
FIRST USE 5-1-1987; IN COMMERCE 5-1-1987.
OWNER OF U.S. REG. NOS. 1,050,372, 1,431,566, AND 1,522,979.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SUITES", APART FROM THE MARK AS SHOWN.

THE STIPPLING IN THE DRAWING IS FOR SHADING PURPOSES ONLY.

SER. NO. 74-135,090, FILED 1-31-1991.

TINA POMPEY, EXAMINING ATTORNEY



EXHIBIT
5

Int. Cl.: 42

Prior U.S. Cl.: 100

## United States Patent and Trademark Office

Reg. No. 1,769,488
Registered May 4, 1993

## SERVICE MARK
### PRINCIPAL REGISTER

## QUALITY RESORT

CHOICE HOTELS INTERNATIONAL, INC. (DELAWARE CORPORATION)
10750 COLUMBIA PIKE
SILVER SPRING, MD 20901

FOR: HOTEL AND MOTEL SERVICES, IN CLASS 42 (U.S. CL. 100).
FIRST USE 4-1-1992; IN COMMERCE 4-1-1992.

OWNER OF U.S. REG. NOS. 1,431,566, 1,452,651, AND OTHERS.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "RESORT", APART FROM THE MARK AS SHOWN.

SN 74-120,515, FILED 12-4-1990.

BALDEV SARAI, EXAMINING ATTORNEY


EXHIBIT
6

**Int. Cl.: 42**

**Prior U.S. Cls.: 100 and 101**

## United States Patent and Trademark Office

**Reg. No. 2,729,999**
Registered June 24, 2003

### SERVICE MARK
### PRINCIPAL REGISTER



CHOICE HOTELS INTERNATIONAL, INC. (DE-
LAWARE CORPORATION)
10750 COLUMBIA PIKE
SILVER SPRING, MD 20901

FOR: HOTEL AND MOTEL SERVICES, IN CLASS
42 (U.S. CLS. 100 AND 101).

FIRST USE 5-31-2001; IN COMMERCE 5-31-2001.

OWNER OF U.S. REG. NOS. 1,183,294, 2,414,198,
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "INN", APART FROM THE MARK
AS SHOWN.

SN 76-220,461, FILED 3-7-2001.

JOHN DALIER, EXAMINING ATTORNEY

EXHIBIT

7

Int. Cl.: **43**

Prior U.S. Cls.: **100 and 101**

Reg. No. **2,946,054**

## United States Patent and Trademark Office

Registered May 3, 2005

**SERVICE MARK**
**PRINCIPAL REGISTER**



CHOICE HOTELS INTERNATIONAL, INC. (DE-
LAWARE CORPORATION)
10750 COLUMBIA PIKE
SILVER SPRING, MD 20190

FOR: HOTEL AND MOTEL SERVICES; HOTEL
AND MOTEL RESERVATION SERVICES FOR OTH-
ERS; ONLINE HOTEL AND MOTEL RESERVATION
SERVICES FOR OTHERS, IN CLASS 43 (U.S. CLS. 100
AND 101).

FIRST USE 5-31-2001; IN COMMERCE 5-31-2001.

OWNER OF U.S. REG. NOS. 2,729,999 AND
2,732,875.

SER. NO. 78-352,593, FILED 1-15-2004.

CHERYL CLAYTON, EXAMINING ATTORNEY



EXHIBIT
*8*

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 3,448,436
Registered June 17, 2008

## SERVICE MARK
## PRINCIPAL REGISTER

## QUALITY INN & SUITES

CHOICE HOTELS INTERNATIONAL, INC. (DE-
LAWARE CORPORATION)
10750 COLUMBIA PIKE
SILVER SPRING, MD 20901

FOR: HOTEL AND MOTEL SERVICES, HOTEL
AND MOTEL RESERVATION SERVICES FOR OTH-
ERS, AND ONLINE HOTEL AND MOTEL RESER-
VATION SERVICES FOR OTHERS, IN CLASS 43
(U.S. CLS. 100 AND 101).

FIRST USE 3-7-1997; IN COMMERCE 3-7-1997.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "INN & SUITES", APART FROM
THE MARK AS SHOWN.

SER. NO. 77-284,761, FILED 9-20-2007.

GEORGE LORENZO, EXAMINING ATTORNEY

EXHIBIT

9

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 3,448,437
Registered June 17, 2008

### SERVICE MARK
### PRINCIPAL REGISTER



CHOICE HOTELS INTERNATIONAL, INC. (DE-
LAWARE CORPORATION)
10750 COLUMBIA PIKE
SILVER SPRING, MD 20901

FOR: HOTEL AND MOTEL SERVICES, HOTEL
AND MOTEL RESERVATION SERVICES FOR OTH-
ERS, AND ONLINE HOTEL AND MOTEL RESER-
VATION SERVICES FOR OTHERS, IN CLASS 43
(U.S. CLS. 100 AND 101).

FIRST USE 5-31-2001; IN COMMERCE 5-31-2001.

OWNER OF U.S. REG. NOS. 2,729,999, 2,732,875,
AND 2,946,054.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "INN & SUITES", APART FROM
THE MARK AS SHOWN.

SER. NO. 77-284,840, FILED 9-20-2007.

GEORGE LORENZO, EXAMINING ATTORNEY



EXHIBIT 10

Int. Cl.: **43**

Prior U.S. Cls.: **100 and 101**

## United States Patent and Trademark Office

**Reg. No. 3,053,888**
Registered Jan. 31, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# QUALITY SUITES

CHOICE HOTELS INTERNATIONAL, INC. (DE-
LAWARE CORPORATION)

10750 COLUMBIA PIKE

SILVER SPRING, MD 20901

FOR: HOTEL AND MOTEL SERVICES; HOTEL
AND MOTEL RESERVATION SERVICES FOR OTH-
ERS; ON-LINE HOTEL AND MOTEL RESERVA-
TION SERVICES FOR OTHERS, IN CLASS 43 (U.S.
CLS. 100 AND 101).

FIRST USE 10-17-1985; IN COMMERCE 10-17-1985.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,431,566 AND
1,699,581.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE SUITES, APART FROM THE MARK
AS SHOWN.

SER. NO. 78-496,673, FILED 10-8-2004.

JENNIFER KRISP, EXAMINING ATTORNEY


EXHIBIT

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 2,732,875
Registered July 1, 2003

### SERVICE MARK
**PRINCIPAL REGISTER**



CHOICE HOTELS INTERNATIONAL, INC. (DE-
LAWARE CORPORATION)
10750 COLUMBIA PIKE
SILVER SPRING, MD 20901

FOR: HOTEL AND MOTEL SERVICES, IN CLASS
42 (U.S. CLS. 100 AND 101).

FIRST USE 5-31-2001; IN COMMERCE 5-31-2001.

OWNER OF U.S. REG. NOS. 1,183,294, 2,414,198,
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SUITES", APART FROM THE
MARK AS SHOWN.

SN 76-220,462, FILED 3-7-2001.

JOHN DALIER, EXAMINING ATTORNEY



EXHIBIT
12

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 3,435,885
Registered May 27, 2008

### SERVICE MARK
### PRINCIPAL REGISTER



CHOICE HOTELS INTERNATIONAL, INC. (DE-
LAWARE CORPORATION)
10750 COLUMBIA PIKE
SILVER SPRING, MD 20901

FOR: HOTEL AND MOTEL SERVICES, HOTEL
AND MOTEL RESERVATION SERVICES FOR OTH-
ERS, AND ONLINE HOTEL AND MOTEL RESER-
VATION SERVICES FOR OTHERS, IN CLASS 43
(U.S. CLS. 100 AND 101).

FIRST USE 5-31-2001; IN COMMERCE 5-31-2001.

OWNER OF U.S. REG. NOS. 2,729,999, 2,732,875,
AND 2,946,054.

THE COLOR(S) GREEN, YELLOW AND WHITE
IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A YELLOW STYLIZED
"Q" ABOVE THE WORD "QUALITY" IN WHITE,
ALL ON A GREEN BACKGROUND.

SER. NO. 77-327,456, FILED 11-12-2007.

GEORGE LORENZO, EXAMINING ATTORNEY



EXHIBIT

13

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 3,569,789
Registered Feb. 3, 2009

## SERVICE MARK
### PRINCIPAL REGISTER



CHOICE HOTELS INTERNATIONAL, INC. (DE-
LAWARE CORPORATION)

10750 COLUMBIA PIKE

SILVER SPRING, MD 20901

FOR: HOTEL AND MOTEL SERVICES, HOTEL
AND MOTEL RESERVATION SERVICES FOR OTH-
ERS, AND ONLINE HOTEL AND MOTEL RESER-
VATION SERVICES FOR OTHERS, IN CLASS 43
(U.S. CLS. 100 AND 101).

FIRST USE 5-31-2001; IN COMMERCE 5-31-2001.

OWNER OF U.S. REG. NOS. 2,729,999, 2,946,054
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "HOTEL", APART FROM THE
MARK AS SHOWN.

THE MARK CONSISTS OF A STYLIZED LETTER
"Q" AND THE WORDS "QUALITY HOTEL".

SER. NO. 77-507,502, FILED 6-25-2008.

HENRY S. ZAK, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,837,912**

CHOICE HOTELS INTERNATIONAL, INC. (DELAWARE CORPORATION)
10750 COLUMBIA PIKE

**Registered Aug. 24, 2010** SILVER SPRING, MD 20901

**Int. Cl.: 43**

FOR: HOTEL AND MOTEL SERVICES, HOTEL AND MOTEL RESERVATION SERVICES FOR OTHERS, AND ONLINE HOTEL AND MOTEL RESERVATION SERVICES FOR OTHERS, PROVIDING A COMPLIMENTARY BREAKFAST TO HOTEL GUESTS, IN CLASS 43 (U.S. CLS. 100 AND 101).

**SERVICE MARK**

**PRINCIPAL REGISTER**

FIRST USE 5-0-2001; IN COMMERCE 5-0-2001.

OWNER OF U.S. REG. NOS. 3,435,885, 3,448,437, AND 3,569,789.

THE MARK CONSISTS OF A STYLIZED LETTER "Q".

SER. NO. 77-927,312, FILED 2-3-2010.

KYLE PEETE, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



EXHIBIT





**EXHIBIT**

16







EXHIBIT

17

