IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHOICE HOTELS INTERNATIONAL, INC., a Delaware Corporation, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. _____ |
| GOLDMARK HOSPITALITY, LLC, a Texas Limited Liability Company; and DOES 1 through 20, | § § § § § | |
| Defendants. | § | |

## PLAINTIFF CHOICE HOTELS INTERNATIONAL, INC.'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to FED. R. CIV. P. 7.1 and NORTHERN DISTRICT OF TEXAS LOCAL RULES 3.1(c) and 3.2(e), Plaintiff Choice Hotels International, Inc. files this, its Certificate of Interested Persons, and certifies the following information:

1. For a non-governmental corporate party, the names(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

   None.

2. A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

   Choice Hotels International, Inc.

Dated: February 22, 2012.

        Respectfully submitted,

        **GORDON & REES LLP**

By:  /s/Mary Goodrich Nix
     **MARY GOODRICH NIX**
     Texas State Bar No. 24002694
     mnix@gordonrees.com
     **ATTORNEY IN CHARGE**

     **KELLY GANZBERGER**
     Texas State Bar No. 24065264
     kganzberger@gordonrees.com

     2100 Ross Avenue, Suite 2800
     Dallas, Texas 75201
     Telephone: 214.231.4660
     Facsimile: 214.461.4053

**ATTORNEYS FOR PLAINTIFF CHOICE HOTELS INTERNATIONAL, INC.**